# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TENNESSEE
## WESTERN DIVISION

UNITED STATES OF AMERICA

    PLAINTIFF

JUDGMENT IN A CIVIL CASE

VS

TWENTY-TWO THOUSAND
FIVE HUNDRED DOLLARS
($22,500) IN UNITED STATES
CURRENCY

CASE NO: 07-2339-V

    DEFENDANT

DECISION BY COURT. This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

IT IS SO ORDERED AND ADJUDGED that in accordance with the Order Granting Plaintiff's Motion For Summary Judgment and Order of Forfeiture of Defendant Property, entered on April 30, 2008, judgment is entered in favor of the United States of America and the defendant, Twenty-Two Thousand Five Hundred Dollars ($22,500) in United States Currency be forfeited to the United States of America, to be disposed of in accordance with law.

APPROVED:

s/Diane K. Vescovo
DIANE K. VESCOVO
UNITED STATES MAGISTRATE JUDGE

May 1, 2008             Thomas M. Gould
Date                         Clerk of Court

                               s/Betty Guy
                               (By) Deputy Clerk